No. 99–10045. IN RE PERRY, *ante,* p. 808; and

No. 00–6343. ALVARADO, AKA DYKES *v.* UNITED STATES, *ante,* p. 998. Motions for leave to file petitions for rehearing denied.

No. 00–520. DUNLAP *v.* MICHIGAN ET AL., *ante,* p. 1036. Motion of petitioner for leave to proceed further herein *in forma pauperis* granted. Petition for rehearing denied.

No. 00–6491. YOUNG *v.* CAREY, WARDEN, *ante,* p. 1059. Petition for rehearing denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

## FEBRUARY 26, 2001

No. 00–1022. INTERACTIVE FLIGHT TECHNOLOGIES, INC. *v.* SWISSAIR SWISS AIR TRANSPORT CO. ET AL. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Green Tree Financial Corp.-Ala.* v. *Randolph, ante,* p. 79.

No. 00–7929. WATKIS *v.* AMERICAN NATIONAL INSURANCE CO. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.